■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED BRADLEY, Appellant. [789 NYS2d 439]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 15, 1991 (People v Bradley, 175 AD2d 686 [1991]), affirming a sentence of the Supreme Court, Kings County, imposed January 8, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, S. Miller and Ritter, JJ., concur.